1  John B. Scherling (CA Bar No. 122234)      Grant Y. Chen
   jscherling@sughrue.com                     grant@clawfirm.com
2  Shahrzad Poormosleh, (CA Bar No.           CONTINENTAL LAW FIRM, APLC
   223146)                                    1108 S. Baldwin Avenue
3  spoormosleh@sughrue.com                    2d Floor
   SUGHRUE MION, PLLC                         Arcadia, CA 91007
4  4250 Executive Square, Suite 900           Tel:  (626) 780-7508
   San Diego, CA 92037                        Fax:  (626) 602-3861
5  Tel.: (858) 795-1180
   Fax:  (858) 795-1199                       Attorney for Defendant
6                                             IEI Technology USA Corporation
   Gary D. Krugman (*pro hac vice*)
7  gkrugman@sughrue.com
   SUGHRUE MION, PLLC
8  2100 Pennsylvania Avenue, NW                    E-FILED 11/01/12
   Washington, D.C. 20037
9  Tel.: (202) 293-7060                            JS-6
   Fax:  (202) 293-7870
10
   Attorneys for Plaintiff
11 Thrane & Thrane, A/S

12

13               UNITED STATES DISTRICT COURT

14               CENTRAL DISTRICT OF CALIFORNIA

15                     WESTERN DIVISION

16

17 THRANE & THRANE, A/S,                Case No. CV 11-9863-PSG (MRWx)

18                  Plaintiff,          [PROPOSED] ORDER
                                        GRANTING JOINT
19 v.                                   STIPULATION DISMISSING
                                        ENTIRE ACTION AND
20 IEI TECHNOLOGY USA                   RETAINING JURISDICTION TO
   CORPORATION,                         ENFORCE SETTLEMENT
21                                      AGREEMENT AND RELEASE
22                  Defendant.

23

24      Plaintiff Thrane & Thrane, A/S and Defendant IEI Technology USA

25 Corporation (collectively the "Parties") in the above-captioned litigation (the

26 "Action") by and through their respective counsel submitted a Joint Stipulation

27

28                                          [Proposed] Order Dismissing Entire Action
                                      1         Case No. CV 11-9863-PSG (MRWx)

1 Dismissing the Entire Action and Retaining Jurisdiction to Enforce Settlement

2 Agreement and Release.

3      In consideration of the Parties' Joint Stipulation, and good cause appearing, IT

4 HEREBY IS ORDERED that (1) the Action is dismissed in its entirety without

5 prejudice, with each Party bearing its own attorneys' fees, costs and expenses incurred

6 in the Action and (2) this Court will retain jurisdiction over enforcement of the

7 Agreement & Release pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*,

8 511 U.S. 375, 381 (1994).

9

10 IT IS SO ORDERED, this ___1ST___ day of _November_, 2012.

11

12                               PHILIP S. GUTIERREZ

13                             HON. PHILIP S. GUTIERREZ
                            UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2     [Proposed] Order Dismissing Entire Action
                Case No. CV 11-9863-PSG (MRWx)