John B. Scherling (CA Bar No. 122234)
jscherling@sughrue.com
Shahrzad Poormosleh, (CA Bar No. 223146)
spoormosleh@sughrue.com
SUGHRUE MION, PLLC
4250 Executive Square, Suite 900
San Diego, CA 92037
Tel.: (858) 795-1180
Fax: (858) 795-1199

Gary D. Krugman (*pro hac vice*)
gkrugman@sughrue.com
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037
Tel.: (202) 293-7060
Fax: (202) 293-7870

Attorneys for Plaintiff
Thrane & Thrane, A/S

Grant Y. Chen
grant@clawfirm.com
CONTINENTAL LAW FIRM, APLC
1108 S. Baldwin Avenue
2d Floor
Arcadia, CA 91007
Tel: (626) 780-7508
Fax: (626) 602-3861

Attorney for Defendant
IEI Technology USA Corporation

E-FILED 11/01/12
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THRANE & THRANE, A/S,<br><br>        Plaintiff,<br><br>v.<br><br>IEI TECHNOLOGY USA CORPORATION,<br><br>        Defendant. | Case No. CV 11-9863-PSG (MRWx)<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION DISMISSING ENTIRE ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND RELEASE** |

Plaintiff Thrane & Thrane, A/S and Defendant IEI Technology USA Corporation (collectively the "Parties") in the above-captioned litigation (the "Action") by and through their respective counsel submitted a Joint Stipulation

1  Dismissing the Entire Action and Retaining Jurisdiction to Enforce Settlement
2  Agreement and Release.
3       In consideration of the Parties' Joint Stipulation, and good cause appearing, IT
4  HEREBY IS ORDERED that (1) the Action is dismissed in its entirety without
5  prejudice, with each Party bearing its own attorneys' fees, costs and expenses incurred
6  in the Action and (2) this Court will retain jurisdiction over enforcement of the
7  Agreement & Release pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*,
8  511 U.S. 375, 381 (1994).
9
10 IT IS SO ORDERED, this   1ST   day of  November , 2012.
11
12
13                                         PHILIP S. GUTIERREZ
                                           HON. PHILIP S. GUTIERREZ
                                           UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28